# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In Re: | CASE NO. 16-21548 JJT |
| ENVIRO ENTERPRISES, LLC | CHAPTER 12 |
| | |
| DEBTOR | |
| | |
| FORD MOTOR CREDIT COMPANY LLC | |
| MOVANT | |
| | |
| vs. | |
| | |
| ENVIRO ENTERPRISES, LLC | |
| THOMAS C. BOSCARINO, TRUSTEE | |
| RESPONDENT | |

## CERTIFICATE OF DEFAULT

In support of this Certificate, Ford Motor Credit Company LLC represents:

1. On October 24, 2016, Ford Motor Credit Company LLC filed a Motion for Relief from Automatic Stay or, in the alternative, Adequate Protection, relative to a 2015 Ford Super Duty F-450 DRW, Vehicle Identification Number 1FD0W4HT1FEB66054, Document I.D. No.12 (the "Motion").

2. As to the Motion, Ford Motor Credit Company LLC and Enviro Enterprises, LLC, the debtor in possession, entered into a Stipulation for Adequate Protection which was approved by the court on December 12, 2016, Document I.D. No.33.

3. The Stipulation provides in part that as adequate protection of Movant's security interest in the motor vehicle, the Debtor shall pay the normal monthly payments of $1,336.27 to

Movant starting November 30, 2016 (with a 10 day grace period) and continuing thereafter until confirmation of a plan, dismissal/conversion of the case, or further order of the Court.

6. Pursuant to the Stipulation, the Debtor has failed to make monthly payments and remains due and owing for March 31, 2017 through April 30, 2017 and as a result, is in arrears $2,672.54 (less a partial payment of $35.00) as of May 15, 2017 as to adequate protection payments.

7. Total arrears on the loan are $9,370.16 (less $3,990.08 prepetition arrears in Plan).

**WHEREFORE,** Ford Motor Credit Company LLC respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d)(1), granting relief from automatic stay in order to obtain possession and dispose of its collateral and such other relief as the Court deems just and proper.

Dated at Bloomfield in said District on May 15, 2017

                MOVANT
                FORD MOTOR CREDIT COMPANY LLC

                /s/Mitchell J. Levine
                Mitchell J. Levine
                Federal Bar No. CT 07985
                Counsel for Ford Motor Credit Company LLC
                Law Offices of Nair & Levin, P.C.
                707 Bloomfield Avenue
                Bloomfield, CT 06002
                Telephone No. 860-692-3164
                Fax No. 860-242-2980
                e-mail address: mlevine@nairlevin.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| IN RE | : CASE NO 16-21548 JJT |
| ENVIRO ENTERPRISES, LLC | : CHAPTER 12 |
| DEBTOR(S) | |
| FORD MOTOR CREDIT COMPANY LLC vs. | : Re: ECF No.: |
| ENVIRO ENTERPRISES, LLC THOMAS C. BOSCARINO, TRUSTEE RESPONDENT | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY OR, IN THE ALTERNATIVE, ADQUATE PROTECTION

Ford Motor Credit Company LLC the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No. _____. After notice and a hearing, *see* 11 U.S.C. Section 102(1), and in compliance with the Court's Contested Matter Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. Section 362(a) is modified pursuant to 11 U.S.C. Section 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to 2015 Ford Super Duty F-450 DRW, Vehicle Identification Number 1FD0W4HT1FEB66054, in accordance with applicable non-bankruptcy law.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

IN RE
ENVIRO ENTERPRISES, LLC  : CASE NO. 16-21548 JJT

: CHAPTER 12

DEBTOR(S)

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 15th day of May, 2017, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in Schedule A attached hereto.

    1) a copy of the Certificate of Default; and
    (2) a copy of the Proposed Order associated therewith.

Dated at Bloomfield, Connecticut in said District on May 15, 2017

> FORD MOTOR CREDIT COMPANY LLC
> THE MOVANT
> /s/Mitchell J. Levine
> Mitchell J. Levine
> Federal Bar No. CT 07985
> Counsel for Ford Motor Credit Company Llc
> Law Offices of Nair & Levin, P.C.
> 707 Bloomfield Avenue
> Bloomfield, CT 06002
> Telephone No. 860-692-3164
> Fax No. 860-242-2980
> e-mail address: mlevine@nairlevin.com

# **SCHEDULE A**

**Parties Served Via First Class Mail**
**Enviro Enterprises, LLC**
PO Box 8306
Manchester, CT 06040
*(Debtor)*

**Credibly**
Attn: President/CEO
1250 Kirts Boulevard
Suite 100
Troy, MI 48084
*(Creditor)*

**Parties Served via e-mail on the Court's ECF System**

Debtor's Attorney
**Jonathan G. Cohen**
2 Congress Street
Hartford, CT 06114
jgcohen@yahoo.com

**Thomas C. Boscarino**
Boscarino, Grasso & Twachtman
628 Hebron Avenue, Building 2
Suite 301
Glastonbury, CT 06033
tboscarino@bgtlaw.com
*(Trustee)*

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

Kim L. McCabe
Office of the U.S. Trustee
Giamo Federal Building
150 Court Street
Room 302
New Haven, CT 06510
kim.mccabe@usdoj.gov

**Zions First National Bank and/or Zions Agricultural Finance and/or ZB, N.A. d/b/a Zions First National Bank and/or ZB, N.A. as servicer of U.S. Bank National Association as Custodian/Trustee**
Lawrence A. Dvorin
Ford and Paulekas, LLP
280 Trumbull Street
Hartford, CT 06103
ldvorin@fpllp.com

David A. Hill, Jr.
Ford and Paulekas LLP
280 Trumbull Street
Hartford, CT 06103
dhill@fpllp.com

People's United Bank, N.A.
Jane W. Arnone
Benanti & Associates
350 Bedford Street, Suite 201
Stamford, CT 06901
jarnone@benantilaw.com

Maxim Commercial Capital, LLC
Leslie A. Berkoff
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
**lberkoff@moritthock.com**

Ally Financial
Patrick J. Rosenberger
Shimkus & Murphy, P.C.
382 New Britain Avenue
Hartford, CT 06106-3899
pjr@smr-legal.com